**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

IN RE:
BOBBY J. SIZEMORE
DEBTOR                                                                CASE NO. 18-30180

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

1. The Trustee request that Debtor provide a copy of the certificates of title for the 2015 Ford Explorer and the 2015 Ford Mustang.

2. Debtor testified to filing a chapter 7 case and receiving a discharge in that case. Amend the petition to disclose the prior chapter 7 case filed in May 2011.

3. The plan is not feasible. FreedomRoad Financial filed proof of a secured claim. [POC 3-1]. The claim is not specifically addressed in the plan. By default, the claim is treated as secured in full with interest at prime plus 2. Appropriate action is required to address the treatment of the claim, such as amending the plan, filing an objection to the proof of claim of the creditor, or filing an appropriate motion.

                                        Beverly M. Burden, Chapter 13 Trustee

                                        By:    /s/ Cheryl E. James
                                               Cheryl E. James,
                                               Attorney for Trustee
                                               Ky. Bar ID:  88883
                                               P.O. Box 2204
                                               Lexington, KY 40588-2204
                                               (859) 233-1527
                                               notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on Julie Ann O'Bryan, Esq. on July 24, 2018.

        Beverly M. Burden, Chapter 13 Trustee

By:    /s/ Cheryl E. James
        Cheryl E. James,
        Attorney for Trustee