## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Frankfort Division

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 18-30180 |
| Bobby J. Sizemore } | Chapter 13 |
| } | |
| **Debtor** } | |

## OBJECTION TO PROOF OF CLAIM
## OF SELECT PORTFOLIO SERVICING, INC.

Comes the Debtor, Bobby J. Sizemore, by Counsel, and files this Objection to the Proof of Claim filed by Freedom Road Financial., Claim Number 3, as to the amount of $6,030.64 and the secured status of that claim. As grounds for this Objection, the Debtor states that this debt was secured by a 2013 Ducati Diavel which was repossessed by the creditor in January of 2018. Any claim stemming from this debt must be filed as an unsecured claim with attached proof detailing the sale of the vehicle and resulting deficiency balance left remaining owed.

WHEREFORE, the Debtor requests that the Court sustain Debtor's objection and disallow the claim of Freedom Road Financial.

### NOTICE

Notice is hereby given of this Objection Claim . Unless a Response and Request for Hearing, stating grounds for opposing the Objection is filed within thirty (30) days of service of this Notice, an Order will be tendered sustaining the Objection and the matter will be submitted to the Court for decision. No hearing will be held unless a timely request for hearing is filed. Notice is further given that the attached order sustaining this objection is being tendered herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, a copy of the foregoing Objection was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

Beverly Burden, Trustee
notices@Ch13EDKY.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

All scheduled creditors and parties in interest

I further certify that on September 19, 2018, a copy of the foregoing Objection was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Freedom Road Financial
C/O Capital Recovery Group
P.O. Box 64090
Tucson, AZ 85728-4090

        /s/ Julie Ann O'Bryan
        Counsel for Debtor

Respectfully Submitted,

/s/ Julie Ann O'Bryan
Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com