**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Kentucky**
**Frankfort Division**

| | |
|---|---|
| **In the Matter of:** | }<br>}  Case No. 18-30180<br>}  Chapter 13<br>}<br>} |
| Bobby J. Sizemore | |
| **Debtor** | |

## ORDER

Upon Debtor's Objection to Claim Number 3 filed by Freedom Road Financial., and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Debtor's Objection to Freedom Road Financial's Proof of Claim is hereby **SUSTAINED** and the claim is disallowed.

A copy of this Order will be mailed to the Debtor, Counsel for Debtor, the Trustee, and to all scheduled creditors and parties in interest.

Submitted By:

Julie Ann O'Bryan
Counsel for Debtor
KY Bar ID: 80226
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, October 26, 2018
(grs)