UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

In Re:

Bobby J. Sizemore                                               SSN: _____

Debtor                                                              Case No.  18-30180

**ORDER VACATING PAYROLL DEDUCTION ORDER**

---

The Chapter 13 Trustee requests that the payroll deduction of plan payments for Bobby J. Sizemore in this case be stopped.  IT IS ORDERED:

The payroll deduction order previously entered, Court document # 41, in this case is hereby VACATED.  The employer, DFAS CLEVELAND, is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

cc:
Bobby J. Sizemore                          O'BRYAN, JULIE ANN
1994 Clearwater Drive                      Served Electronically Via ECF
Lawrenceburg, KY  40342-9291

DFAS CLEVELAND
ATTN: GARNISHMENT OPERATIONS
P O BOX 998002
CLEVELAND, OH 44199-8002

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, April 18, 2023**
(tnw)